EXHIBIT "A'

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97177582**
**Filing Date: 12/17/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97177582 |
| **MARK INFORMATION** | |
| *MARK | ELF SQUAD |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ELF SQUAD |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Rent-A-Christmas LLC |
| **INTERNAL ADDRESS** | USA Corporate Services Inc. |
| *MAILING ADDRESS | 19 West 34th Suite 1018 |
| *CITY | NYC |
| *STATE<br>(Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 10001 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | Animated show/movie |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 037 |
| *IDENTIFICATION | Delivery, installation, pick up and removal of live and artificial Christmas decorations |
| **FILING BASIS** | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 07/30/2019 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 07/30/2019 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\971\775\97177582\xml1 \ APP0003.JPG |
| **SPECIMEN DESCRIPTION** | screenshots from Applicant's website featuring Applicant's mark as used in connection with Applicant's services |
| **WEBPAGE URL** | https://www.rent-a-christmas.com/pages/residential |
| **WEBPAGE DATE OF ACCESS** | 12/17/2021 |
| **ATTORNEY INFORMATION** | |
| **NAME** | Sarah I. Cohen |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Lombard & Geliebter LLP |
| **STREET** | 230 Park Ave, 4th fl west |
| **CITY** | New York City |
| **STATE** | New York |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 10169 |
| **EMAIL ADDRESS** | scohen@lombardip.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Sarah I. Cohen |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | scohen@lombardip.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | ipdocket@lombardip.com; ipdocketing@lombardip.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 700 |
| ***TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97177582**
**Filing Date: 12/17/2021**

## To the Commissioner for Trademarks:

**MARK:** ELF SQUAD (Standard Characters, see mark)
The literal element of the mark consists of ELF SQUAD. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Rent-A-Christmas LLC, a limited liability company legally organized under the laws of New York, having an address of
    USA Corporate Services Inc.
    19 West 34th Suite 1018
    NYC, New York 10001
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Animated show/movie
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 037:  Delivery, installation, pick up and removal of live and artificial Christmas decorations

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/30/2019, and first used in commerce at least as early as 07/30/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshots from Applicant's website featuring Applicant's mark as used in connection with Applicant's services.
Specimen File1
Webpage URL: https://www.rent-a-christmas.com/pages/residential
Webpage Date of Access: 12/17/2021

The owner's/holder's proposed attorney information: Sarah I. Cohen. Sarah I. Cohen of Lombard & Geliebter LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    230 Park Ave, 4th fl west
    New York City, New York 10169
    United States
    scohen@lombardip.com

Sarah I. Cohen submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Sarah I. Cohen
    PRIMARY EMAIL FOR CORRESPONDENCE: scohen@lombardip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ipdocket@lombardip.com; ipdocketing@lombardip.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☐ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☐ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☐ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☐ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
Signatory's Phone Number: Not Provided
Payment Sale Number: 97177582
Payment Accounting Date: 12/17/2021

Serial Number: 97177582
Internet Transmission Date: Fri Dec 17 13:29:32 ET 2021
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2021121713293256
7078-97177582-7811a2082622cc9221816b99f7
d5449222864cf24eb5567ae9cc2c86876f8ee1-C
C-29311565-20211217130317659781

# ELF SQUAD

# ELF SQUAD