# EXHIBIT "B"



| HOME | OUR STORY | GALLERY | FAQ | CONTACT | NOW HIRING! |

# NOW BOOKING FOR THE 2021 HOLIDAY SEASON!



## We Provide Professional Holiday Decor & Lighting

Giella Designs is a holiday decor & lighting company that specializes in exquisite lighting and greenery for neighborhood entrances and amenities near Bradenton, Florida. We provide a turn-key experience, from creating a custom design for your community to removing the decor at the end of the season. Our clients come to us for a professional, hassle-free experience, and enjoy brilliant results that give their property that special something for the holidays.



**HOA/CDDs**

View More



**COMMERCIAL**

View More



**RESIDENTIAL**

View More

info@gielladesigns.com

info@gielladesigns.com
941.376.9903

Copyright © Giella Designs, LLC. All Rights Reserved. All contents of this site (including artwork, text, photos, other representations of the artworks, materials related to the artworks) are protected by copyright – any use of these materials without the express permission of Giella Designs, LLC is a violation of said copyright.