# EXHIBIT "C"

RA

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

December 22, 2021

Opposition No. 91271848

*Rent A Christmas LLC dba Rent-A-Christmas*

*v.*

*Giella Designs, LLC*

**By the Trademark Trial and Appeal Board:**

On November 12, 2021, the Board issued a notice of default to Applicant because no answer had been filed.

No response to the notice of default has been filed.

Accordingly, judgment by default is hereby entered against Applicant, the opposition is sustained, and registration to Applicant is refused. *See* Fed. R. Civ. P. 55(b), and Trademark Rule 2.106(a).